981 A.2d 1279

In re ESTATE OF Paul J. SAUERS, III Deceased

Petition of Jodie L. Sauers.

Supreme Court of Pennsylvania.

Sept. 11, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2009, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, rephrased and combined for clarity, are as follows:

1) Whether, and to what degree, the Employee Retirement Income Security Act of 1974 29 U.S.C.S. §§ 1001–1461 preempts Section 6111.2 of the Probate, Estates and Fiduciaries Code, 20 Pa.C.S. § 101–8815?

2) Does an estate have the capacity to initiate legal action on behalf of a contingent beneficiary of a life insurance policy?